# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 SEP 28  PM 2: 28

_____ _____ WELL
CLERK

BY_____ DEP. CLK

Civil Action No. _____

(To be supplied by the court)

Mark R. Rawlins _____ ,

and

All non Republican and non Democratic Party Citizens of the United States of America
, Plaintiff

v.

The Republican Party office holders from 1970 to present,

All Republican Party Lobbyists _____ ,

Dick Cheney _____ ,

Carl Rove _____ ,

Rush Limbaugh _____ ,

Federalist Society_____ ,

American Enterprise Institute_____ ,

NGO Watch_____ ,

IPA ( Institute of Public Affairs – Australia )_____ ,

The Tea Party _____ ,

All Tea Party Members _____ ,

( List each named defendant on a separate line)

# COMPLAINT

The above named defendants, starting during President Nixon's term and continuing to this day, conspired together and separately to defraud the American People of a fair and just percentage of America's Wealth and Natural Resources.

## Parties

1.  Plaintiff  Mark R. Rawlins _____ is a citizen of  The United States of America __
    who presently resides at the following address:  *HOME 303-423-8526*
    8550 West 88th Place , Westminster, Colorado  *CELL 303-882-6776*

2:  Defendant  Republican Party and Others  is a citizen of  The United States of America __
    who lives(s) at or is/are located at the following address:

    _____

3.  Defendant _____ is a citizen of _____
    who lives(s) at or is/are located at the following address:

    _____

    ( Attach a separate page if necessary, to list additional Parties)

## JURISDICTION

4:  Jurisdiction is asserted pursuant to the following statutory authorities:

    _____
    _____
    _____

5:  Briefly state the background of your case :

    President Richard Nixon came up with a list of long term goals  for the Republican Party
    to accomplish in the future. These goals were :

    1)  NORMALIZE RELATIONS WITH CHINA.
    2)  MARGINALIZE UNIONS OR GET RID OF THEM ALTOGETHER.
    3)  BRING WORKING CLASS WAGES IN THE U.S.A. MORE IN LINE WITH THE

WORLD

## 4) MODIFY BANKING AND FINANCE RULES AND REGULATIONS
5) TRY TO BRING ORGANIZED CRIME OUT OF CRIMINALITY AND INTO LEGAL BUSINESS

Along with these "lofty" goals "they" decided to kill the Communications Act of 1934 and AT&T, Modify the Banking, Stock Trading, and Financial Laws, Rules, Regulations, Terms, and Definitions that were put in place after "The Great Depression". They modified the Public Service Bill that regulated home heating and electricity, They changed it from non profit to for profit costing American citizens billions in bloated fees so a bunch of CEO's could collect multimillion dollar salaries and put those same CEO;s in control of Electrical generation, Natural Gas and Petroleum production and exploration. They changed import/export laws and policies and tax codes (including Free Trade Agreements) that not only allow but encourage American businesses to move all or part of their operations out of the U.S.A.. They Passed laws and made Policies that encourage the exportation of America's Natural Resources. Under the George W.. Bush, Dick Cheney,  Carl Rove Presidency they didn't just allow some + or – 20 Million illegals to invade our country, they both invited and actively recruited and imported them, mostly, from Africa, Mexico and South America. When those illegals replaced American workers, who were paying taxes, the illegals wages were below the tax code minimums to pay taxes, which equals more of the Tax base lost and Millions of Americans on unemployment and welfare. The  Dick Cheney,  Carl Rove team invaded the White House in no less manner than George Bush invaded Iraq. This team led the charge to provide HUGE Tax cuts for the richest of the rich, immediately taking this country from a relatively balanced budget to having to borrow heavily from the same people they just gave these overly generous tax cuts to, and running HUGE DEFICITS on the National Debt! When Barack Obama won the Presidential Election in 2008 Republican owned or controlled businesses packed up and left  the country in droves! Starting the last part of October and going through February was the greatest period of movement. Approximately 300,000 businesses per month moved to Mexico,China, etc. during this time period. This traitorous act

was no accident. They had to have planned this move up to a year or more in advance. Then Republican Congress members signed a pact that they would do everything possible to try to make sure Obama would be a one term President. Patriotic or Traitorous?! They worked very hard to keep that pact! Republicans and the Business Community continue to harass Obama and the Nation with their anti recovery tactics to this day. They are an Oligarchy of selfish, bullying, anti American thugs. The Republican Party is neither democratic nor republic in the way the power structure is set up. The American public are being misrepresented by the Republican Party in that  Republican elected office holders, who are supposed to represent the people who voted for them, cannot because the Republican Party controls them to such an extent that the members Congress and even the President cannot accurately represent the voting Public.

Mark R. Rawline

Mark R. Rawline
9-28-2016

# REASONS FOR TREASON

Some background before I get into the meat of my aggression !
The UNITED STATES of AMERICA is made up of three primary groups : The General
Population, The Government, and The Business Community.
We all participate in each of these groups in one way or another.

I want to be very clear about this next statement! It is very simple :

The Business Community pays the **TOTAL BILL** for anything and everything
that is paid for in this country!!

THE ONLY GROUP  THAT PRODUCES ANY MONEY IS THE
BUSINESS  COMMUNITY!!

The only part of the business community that truly produces money are, mining,
petroleum production, forestry, fishing, farming, ranching, ETC..  Natural resources, that
are processed and/or  manufactured into sale-able goods.
The Business Community  pays all taxes, all health care , all wages, everything!,
etc etc! "Wait a dang minute!" You say!? : "I pay **taxes**!". Yes : But your WAGES come
from the Business Community!! No wages = no taxes.

Please take some time and study the ramifications of this
"Law of Economics".

The Republican Party (IE : Capitalists ) have been working to overturn the
Financial Regulations written by Congress after Great Depression ever since those Laws
were passed.
They were unable to make much progress up until President Nixon's presidency.
That is when our troubles really started to escalate.

Laws against Nepotism were passed, I think, in the late 60s or early 70s. At about the
same time laws were passed to make Radio and TV stations give equal time and
opportunity to political opponents when one or the other aired a political ad.
The capitalists could not let these policies go unchallenged. It didn't take long for them
to effect the quiet removal of the relatively recent implementation of laws governing the
hiring of relatives, close friends and members of secret societies.

Then came Ronald Reagan's Presidency and his Union Busting agenda and
changes to the Banking laws, rules , and regulations. Someone had a great idea to make

a ton of money: 'Change the Savings and Loan Charter to make it easier to make loans to "increase investors profit margin"! Trouble is they snuck a little Rider in there that allowed each Savings and Loan Manager the power to grant any loan he/she wanted to approve. "They" then used that power to grant loans to friends or family who "Wanted to improve raw property, starting with bare land, add water, sewer, electricity, gas, telephone, roads and sidewalks, and buildings". The problem was that several years later when the first payment came due, no payment was made. In fact most of those LLC s were no longer in business. Further checking found that in most cases no work had been done and no permits had been applied for. When the S&L managers were asked about it they said "They had just made a bad decision, it can happen to anyone!".

Then came Bill Clinton with a Republican controlled congress. More de-regulation and attacks on Unions, changes in banking , lending laws and rules, and free trade agreements.

Then came Armageddon!! the  "Presidency" of Dick Cheney and Carl Rove (sic), ( AKA. The George W. Bush Presidency ).

Dick Cheney and Carl Rove invaded the White House as surely as President Bush invaded Iraq! They silently declared war on the Citizens of The United States of America!

Point of attack One;
     Was taxes. They lowered taxes for Wealthy People and Corporations! The money formerly collected as taxes now had to be borrowed from the same people that just received the tax cuts along with other lenders and foreign countries.

Point of attack Two;
     Was to erase the Mexican border and invite millions of illegal immigrants into our country! They also transported "immigrants" from Africa and other countries.

The importation of these illegals was a double disaster for the country and especially the job holding, poorest citizens. First, the people working fast food, warehouse, packing plant, and similar low paying jobs were laid off with no prospect of finding another job. They then had to apply for workers compensation, food stamps, and/or welfare!

So! Not only did these Citizens lose their jobs, which paid at least some taxes, They also were forced to be a burden on society by drawing money from already depleted Federal and State budgets.

The illegals were  paid wages so low they paid little or no taxes. Many did not

even have a fake SSN to even cause the employer to feel the necessity to pay <u>any</u> taxes to the government. Add to that the expenses for law enforcement, the courts, medical care, ( go to the emergency room was their health insurance policy), schools, indigent care, etc, etc, for the illegals !! During this time there were three levels of "justice" in this country: Justice for the Wealthy, Justice for the illegals, and Justice for the General Population. The wealthy and illegals were seldom prosecuted, but Common Citizens were judiciously judged, fined and sentenced! After all, Someone had to fill the coffers of the Mayors and Governors with fines,etc.

Point of attack Three;
        Changed the lending laws so radically that Credit Card Companies started acting more like Loan Sharks than Legitimate Lenders. Along with that were the home mortgage institutions that suckered unsuspecting , unsophisticated home buyers into loans that would previously have been considered not only bad business, but, also illegal.

Point of attack Four;
        Changed Laws and Rules of Banking and Investing to allow a myriad of investment schemes ( IE. - hedge funds, derivatives, ETC), to defraud legitimate investors, ( Ira's, Mutual Funds (especially), etc. ), of profits on stock, bond and other investments.

        During the eight years Dick Cheney and Carl Rove were in power  thousands of businesses closed up shop in the <u>USA</u> and moved to Mexico, China, and elsewhere. Many many more would have moved but the Administration pressured them to stay. After Barack Obama was elected president, the flood gates  were opened and close to 2 million businesses moved out of America starting from November 2007 thru march 2008. Due to the many and varied free trade agreements this problem continues today, 2014.

        The really sad part is that none of this happened accidentally!! It was all part of a plan put in place 20 to 30 years ago. What happened here was learned from the masterminds of the European Union. The countries of the European Union went through pretty much what we did, except their immigrants came largely from Arab countries. They purposely immigrated Muslims to replace their workers. Their short sighted greed caused much strife and agitation among Citizens as their new Muslim neighbors demanded freedom to practice their Religion and observe their Tribal Customs.

Point of attack Five;
        Starting about 1974, about the time the term "CEO" was coined, the business community started paying managers millions of dollars in salary, bonuses and various "perks". Then tens of millions, Then hundreds of millions dollars. This practice

continues to this day. The monetary gap between the wealthy and the middle class / poor has been constantly getting wider.

The effect of this is that these people have amassed a tremendous fortunes. This has allowed them to buy up controlling interest in banking, manufacturing, real-estate, entertainment, and most crucially communications. They control all the major news papers, radio, and television stations, and cable TV. If you think they don't control, ( including censoring, the news content and other aspects of their programming ) You must be asleep at the wheel. And, "They" are very clever about it.

Point of attack Six ;
Basically neutered the protections afforded by the Public Service Laws of 1934. They Privatized production, transportation, and delivery of electricity and home heating fuels. The first year they doubled the charges for both gas and lights. The next year raised them another fifty percent !! Taking more and more money out of the pockets of citizens, and out of the natural flow of the economic pipeline. They continue to drive prices up and up.

Point of attack Seven ;
Passed legislation for the exploration, development, fracking, recovery, and delivery of natural gas and petroleum. The Law specifically stated that the EPA had no jurisdiction over these activities !!!!

Point of attack Eight ;
Refused to recognize the truth about global warming and the fact that human activities are a major contributing factor in the heating of the earth and its atmosphere. They lied, covered up, deceived and generally stuck their head in the sand about global warming.

Point of attack Nine ;
Before the invasion of Iraq, Dick Cheney illegally appointed his former company, Halliburton, to an unbid contract for all things petroleum in Iraq.

Point of attack Ten ;
During the eight years Dick Cheney and Carl Rove were in power they doubled down on consolidating money and power into fewer and fewer companies (think CEO's of banking and investment firms particularly).

What Dick Cheney, Carl Rove, the Republican Party,  along with some Democrats did cannot be described as anything but treason !!!!!!!!!!!!!!!

Point of attack Eleven ;

The Republican Party has been trying to Christianize the U.S. Government for many years. the Republican Party and European Union are responsible for moving very large numbers of Muslims to Europe and the United States. Muslims demanded the right to practice their religion the same as everyone else. Governments, businesses, communities, and individuals had to adjust to the Rites and Customs of the Muslim religion. Laws were changed. This put the fear of Mohamed in the Christian Community. Family size, birth control, marriage and many other issues suddenly took on new, heightened meanings for Christians.

Point of attack  (end) .

The following quote clearly demonstrates the depth and breadth of the Republican schism with the values and mechanics of both a republic and/or democratic form of government. This clearly demonstrates the top down power structure of the Republican Party, Which has NO place in a democracy or a republic! This is clearly the tactic of an oligarchy or dictator governance!

"It is obvious, now in its 29th year, the  (NO MORE TAXES) vow crafted by ATR President Grover Norquist is not only an important part of Republican campaigns but a fixture within the modern GOP."-- Newsmax

In their lust for money and power the Republican / Capitalist Communities have caused the United States and the World untold problems.

Russian President Nikita Khrushchev said " It will not be Russia that destroys the United States of America , it will be Capitalism." (approximate quote)

**We are closer to making that quote come true now than at any time since the Civil War !!!!!!!!!!!!!**

***Someone needs to pay !!!!!!!!!!!!!***

**Some need to be prosecuted for TREASON !!!!!!!!!!!!!**

Democrats note : You are not off the hook. And many of you are are just as guilty as the Republicans !===================================================
==========

What is the single most valid reason Japanese cars are better and more reliable than American cars??  I contend it is their religion and high moral standards!

Right after WW2 American business leaders went to Japan and instructed them on

how to set up a business on Capitalistic Principles.

The Japanese embraced Capitalism, but their religion demanded that they work toward perfection in all things.  When they found a bad part, they replaced it with an improved part. Planned obsolescence wasn't even in their lexicon.

That is not the American vision of Capitalism!

In America, planned obsolescence is revered !

Planned obsolescence  = greater profits = capitolism's God.

About 30 years ago in "Consumer Reports" magazine Cadillac scored good - to - best on most things. but they were always bad to worst on the brake tests. Then one year they were average; then good ; then best for two years. then back to bad, then back to worst!!

**Why??!**  Because Cadillac repair shops were not making enough money off the good - to - best brakes. (my theory). Why else?

Mark R. Rawlins

# The Settlement

One:

Restore the financial regulations of 1934/44 including some of the regulations from the Communications Act of 1934 which established the Bell System.

Two:

Restore the Public Service Act to it's original form. Even expand it to cover Natural Gas and Petroleum Production and Distribution. Return ownership and operation of home heating and electric power to non-profit co-ops, states and cities that had them stolen when Public Service Companies and state, county and city owned power system were hijacked by Wall Street pirates.

Three: A

Immediately enact laws that would make "Theft by Congress" illegal. Set up and fund an enforcement group to police this law. Set very harsh penalties for Lobbyists and members of Congress convicted of these crimes. Both the Savings and Loan heist and the financial collapse of 2008 were enabled by Lobbyists getting laws passed that "allowed" those crimes to be committed! After refining this strategy – convert it to a constitutional amendment.

Change the rules for Lobbyists which will allow just one panel of Lobbyists to deal with Congressional Committees only ! For instance ; there are many Lobby groups for farm interests, All of those groups would choose a panel to go before the Congressional Farm Committee for their legislative suggestions. No lobbyist will be allowed to lobby an individual member of Congress. ONLY Congressional Committees.

Three: B

Set in place regulations to control Executive pay. Profits of publicly owned companys have been hijacked by CEOs, etc. giving themselves grossly over generous pay and compensation packages. These same managers sit on the board of directors of each others companys voting each other pay packages.

Four:

Establish some guidelines to ensure ALL workers are paid a living wage. Supply and Demand does not work when one individual hourly worker has to negotiate with a Corporation and their cadre of lawyers! Corporations can and do control job availability and wage levels.

Five:

The current Criminal Justice System is broken. We desperately need to completely overhaul the Criminal Justice System! I know that the problem is very complicated! However, we cannot continue to tolerate career criminals ! Period !

In My view : Anyone and everyone who lives in the United States of America needs to live by the Law. The first and probably most important change is to make the convicted Person responsible for the complete process through to their final determination. If they choose to break the law they will be asked to leave ! They can find another country, if one will take them or they can die ! We are not talking about traffic tickets for speeding or running a stop sign, but robbery, rape, murder, etc. The solution is not that black and white, but real consequences must be established and executed.

We start by enacting permanent and well funded therapy, education, job training,and social skills programs. Develop a well regulated and monitored judicial system with-in each prison where prisoners are judge and jury for crimes committed in prison by prisoners. Those who take the process seriously and come to a reasonable conclusion, the defendant would be punished appropriately. Those

who not, take one more step closer to their final determination! White Collar Crime should be treated more harshly than aggravated robbery.

For prisoners who need quite a lot of social skills re-training before being paroled, establish a small town where only prisoners would live. It would be a complete community with a mayor, businesses, houses, etc.. They would be able to earn money to be saved for their release and/or to pay restitution to their victims. The whole community would be totally monitored with very little privacy. Each participant would have both private and group therapy (including voluntary family members) concentrating on family, job, social, and government skills. If they complete this phase of re-training then they would go to a half-way house or be released to a responsible family member thorough a parole system.

Failure either before or after release, depending on the level of crime, would result in repeating some steps of re-training or they would be asked to name the country which they have obtained permission to immigrate to, or, choose how they want to die. The system would be set up so the criminal is responsible for every decision in the process.

People with mental health issues would have a separate system appropriate to the crime and their particular mental condition. These people would be the only ones eligible for life sentences depending on their individual circumstances.

Six ;

The United States needs to establish some serious discussion and a plan about population control !! In our Country and World wide. There will be no money given to any country not seriously controlling their population, and, the United States will not accept immigrants or refugees from those countries, China finally took some responsible steps toward bringing their population down; The rest of the world must also start being responsible stewards of our precious Planet and it's environment. No nation should have a population higher than what that country can support the people, wildlife, and natural vegetation.

Seven :

The profit scheme now being practiced by the nations and businesses is based on expanding populations. We must find a method of financial management not tied to population growth, both at home or abroad.

Eight ; A

The United States will stop the export of Our Natural Resources !! Everything from mined ore to crushed vehicles, to saw dust, to plastic bottles. Recycling, preservation, and conservation will be the order of the day for America ! We will promote these attributes world wide.

End free trade agreements as they are now. This practice is killing America and American workers. There needs to be a provision to protect the wage earner from the exploitation of the business world.

Eight: B

Change the pricing structure of natural gas and other environmental impact items based on the income level and the amount used. We will determine minimum or average usage of low and middle income homes as the standard. Those with the most gross income and larger house per person will pay increasingly larger amounts. Environmental Impact Tax.

Nine : A

The explosion of technology all across every aspect of our society is driving fancier, more expensive, more useful, more wasteful, longer lasting, and "planed obsolescent" innovations than we

can even count. We need to study how we are using our resources ! What I see are a lot of our environmental and natural resources being used very wastefully by the whole of society, but most especially the Filthy Rich !! This is world wide.

This Precious PLANET is a finite entity. When we run out of fossil fuels we cannot just run into to WalMart and get some more! We need to develop a National plan and a World plan to use, conserve and re-cycle natural resources.

Nine: B

Automation is great for profit but not so great for employing people. In India they build skyscrapers with labor rather than cranes. Find ways to keep people employed.

Ten :

The business model in the U.S.A. rewards big, bigger, biggest in the corporate world. This squelches competition and puts people out of work!

The way the U.S.A. business model is set up,  profit is funneled to Wall Street. Most especially petroleum, natural gas, and electrical. They take raw material mostly from public land for mere pennies and sell it back to consumers at gross profits, then have the gall to demand tax breaks. !

We need to break up the Huge banks, oil companies, etc. and set limits on how big businesses can be and control the overly gross Executive Pay system that was put in place in the 70s and 80s.

Eleven :

Public highways were built with tax money and have been maintained with tax money for the benefit of the nation as a whole. This system has served this Nation and it's Population very well for nearly 250 years. The Oligarchy currently in control of this nation have plans to change the Interstate Highway System into Toll Roads with privately owned companys reaping huge profits. If people think taxes are high for hi-way construction and maintenance, wait till they calculate the equivalent work-per-cost ratio when compared to toll fees !!!

Twelve ;

Create an aggressive plan to protect, recover, and restore flood plains nationwide. We need to produce more agricultural products to both cut down on imports and provide more exports. Get homes and businesses out of flood plains to reduce the turmoil and expense from flood damage. Replacing and/or repairing the same flooded property multiple times is pure folly. When buildings, etc are damaged by floods, they cannot be repaired and have to be removed and the area restored to an agriculturally friendly state.

Thirteen A :

The Public School System needs to remain segregated from Private School Systems. No money should be transferred out of the Public School System! Every dollar transferred out of the Public School System makes it less able to be successful! The school voucher system is a back door method to weaken the Public School System keeping poor people from competing with the wealthy. Since the Private School System is mostly religious it is also a method to transfer public money to religious schools !

The School Vouchers System is the first step toward getting rid of Public Schools. Public education needs every penny it can scrape up . The School Voucher program would hurt public schools in two very important ways! 1) Monetarily: It would move money from Public to Private mostly Religious  Schools ! 2) Children learn a lot from their piers, not only in the classroom but at recess and lunch periods and also during school activities, like clubs, plays, music programs, and sports, after school friendships, etc.. Not only do less advantaged students learn from more advantaged students, but it goes the other way also. More advantaged students are exposed to the trials and tribulations of

growing up "without" money, educated parents, the many tribulations associated with not having "MONEY".

If you support School Voucher programs or "want the money to follow the student", you are on the wrong side of this issue!
We MUST get Music and ART back into K-12 Public schools. They didn't drop them from Private schools. The most obvious conclusion to be drawn from this fact is, considering how ALL studies say that music and art stimulate learning and cognitive thinking. There is a force at work to "dumb down" public school students.! This didn't happen accidentally.!

Thirteen B :

We must find a better way to finance education, K thru 12 and beyond. Conservatives attempt to introduce competition into the public school system in misguided and designed to give financially advantaged families even greater advantage. The Property tax system is too unreliable and too easily influenced by political maneuvering. IE: Schools are generally under funded in areas where there are high retirement populations.

Thirteen C :

We must change the way students view education. Design each child's education according to an age appropriate aptitude test. Provide a little competition and age appropriate incentives to students who exceed in any particular area of endeavor. Every student has areas of strength and areas of need. Support the strengths and challenge them to improve areas of need.

Fourteen :

The Social Security System is vital for working class Citizens. A majority of working class people do not have the education or financial savvy to manage their retirement account. Between crooked employers, Wall Street raiders and less than honest investment houses, individuals retirement accounts are routinely raided ! People need a safe, reliable savings plan guaranteed to be there when they retire ! IRAs , 401ks etc. require constant monitoring, and are mostly invested in mutual funds which are routinely raided by Wall Street investors. Retirement accounts need to be protected from debt collectors, ETC. so when the person retires the money will be there. This is vitally important to society as a whole.

Fifteen ;

Customers Personal information is being collected by businesses and financial institutions. It is used in many ways, some to the benefit of the consumer and some to the detriment of the victim. In any case there needs to be some rules and regulations applied.
Rule 1: Every person must be notified of the database, what information is being collected, who it will be shared with, and information sources.
Rule 2: Customer must have access to the database.
Rule 3: Data must be in laymens terms. Easy to understand with telephone access to a real person that understands and speaks fluent English.
Rule 4; Access must be free.
Rule 5: Have a simple, effective, timely, method to get errors corrected.
Rule 6: Definitions used in the processes must be available, easy to understand and static.

Sixteen :

Change the focus of all higher education curriculum Business courses from heavily profit driven to a more customer friendly, environmentally friendly, Nation building format. We need to restore some MORALITY to the classroom and to the business community, focusing heavily on the needs of small

businesses.! The Republican Party is constantly trying to insert Christian Morals into all forms of our Government except when it comes to Business Ethics ( Morality ), there, the only thing they can see are $$$$$$$$$$$$$$$ to infinity.!!!

Seventeen :

Historically Family Farms have been the bedrock of our society, and our economy. If we had more family farms we would have less people in the cities. Maybe not a lot less, but every little bit helps. There are many benefits to the family farm model.

Family farmers need protection and price support for the crops they raise. In good years the prices drop so low it sometimes costs more to harvest the crop than they can sell it for. In bad years they often have to borrow to have enough money to plant the next spring. Under the current system the futures markets control prices and have no interest in or compassion for family farmers. This must be fixed!

Eighteen :

We need to expose the fraud associated with turning food (corn) into alcohol and adding this to our gasoline. Every car owner in the country can tell you that their gas mileage goes down when they are forced to use gas-a-hol. The industry says adding alcohol brings down the bad chemicals in the car exhaust. What it really does is add more gasses to the exhaust stream which give the illusion of helping but in fact the bad chemicals are still there, it's just that they are a smaller percentage of the increased total caused by burning alcohol with the gasoline. Thus the total affect is that the car uses more fuel, causing more total emissions, and is less efficient which causes people to demand bigger, more powerful engines which use even more fuel! Win-win for ethanol producers, petroleum industry and the auto industry. Lose-lose for the environment, drivers, and food producers.

Nineteen :

All forms of news media have been combined under a very few owners/controllers. These people exert enormous power over the content of all news sources. The public hears and sees only what is approved. Many facts are left out, given out of context, given with slanted context, and in some cases, just downright lied about. We need to break them up and make them into publicly owned businesses. Ownership would be restricted to the state or general area where the clientele lives. For instance, the Denver Post covers all of Colorado, southern Wyoming, southwest Nebraska. The general public in this area would own the paper and no one would be allowed a controlling interest.

As it is now, a television station, radio station, or newspaper can can take political ads from one party and not present the opposing view. This is not democracy, this is royalty, dictator, or oligarchy ruler-ship.

I am tired of hearing and seeing "news" that is not really news. I am tired of being fed "News" stories about some trivial or concocted story while an important event is happening elsewhere that IS real news but is not being reported for political reasons. I am tired of hearing news reports that are SO slanted that there is more lie in it than truth! I am tired of the witch hunts where one group keeps hammering away at some point when there is really no story, but, "they" keep hammering away at it hoping the public will think "there Must be something to "it" because "they" are still going after the story! It reminds me of the old line "Tell a lie long enough, to enough people, and it begins to look like the truth, then it becomes the accepted *fact*!" I am tired of seeing nothing but traffic accidents and crime reports when actual news of national importance is hidden or overlooked.

Our Nation cannot survive as the Nation our forefathers envisioned and slaved to provide us with if we do not correct the many flaws that have cropped up in the past 200+ years! We owe it to Them and especially to all our Military Men and Women who have fought, died, or been wounded, to straighten things out and get back on the right track.

IT WON'T BE EASY, BUT IF OUR MILITARY HEROS COULD DO IT AT NEW ENGLAND, GETTYSBURG, NORMANDY, GUATALCANAL, IWO JIMA, ETC, ETC THEN WE DAMN WELL BETTER TRY OUR LEVEL BEST!!!!!!!

TWENTY A :

Deficit spending is the bane of responsible governance! We see all the Wall Street money hogs publicly denouncing deficit spending. Then they go behind the "curtain" and laugh uncontrollably at everyone's gullibility. The truth is, deficit spending is a gold mine to those people. First : They got a good portion of their money by not paying their fair share of taxes which forces deficit spending. Second : The part we have so long misunderstood, deficit spending puts that much more money out there for them to hoard! A huge win win for them and a much larger lose lose for the nation and the rest of us!

We hear a lot about inflationary spending and inflationary policies and I for one equated that to deficit spending and policies. Deficit spending is definitely inflationary but there are  many policies that can be inflationary. It is my contention that the only inflation a properly managed monetary policy should suffer is through population expansion!

There is a balance between people versus money, which would allow for equitable and responsible management of society, government, and business. There is a variable tax rate that that would automatically limit businesses and individuals from acquiring an irresponsible amount of the economic resources of society and the nation. And! That is a good thing!

When a very few individuals control the bulk of the wealth, several bad things happen. Those in control start feeling entitled. It kills competition because no one can compete with the volume price breaks, and the fact that, having such great volume, they can sell for less and still be very profitable. Having less competition means they have stronger congressional lobbies again putting smaller businesses at a disadvantage. Every small business that is bought out puts people out of work, not only laborers but managers also. People who are not working don't shop at stores and don't pay taxes.

Twenty B : The financial plan set up by Wall Street and the Banking Community requires virtually every entity in this country to borrow in order to survive. We start with the family farmers and ranchers, students, individuals, small businesses, large businesses, City, State, and Federal Governments – none can succeed or survive without borrowing. Credit Score companies even ding a credit card user if they take the responsible step of canceling Credit Cards they no longer need or use. This is wrong! I believe that one of the responsibilities of Government is to insure that everyone plays by the same fair rules.

The way it works in this country, the dairy industry gets one of their own appointed to dairy boards and other positions to ensure favorable government regulations for their industry or even their own particular company giving that company advantages the other companys do not get.

*Mark R Rawlins*

# MY DREAM – OUR DREAM

Martin Luther King Jr. stood in front of a microphone and famously said, "I have a dream!". He turned that dream into a movement, inspiring his followers to stand up as individuals and groups, to incite change in the laws and social systems of this country. This Country, whose Constitution already guaranteed them those rights! They had to fight for that recognition!

Today, I Have A Dream, A Dream that is most certainly very similar to Your Dream! I also have a Plan!

"We the People" have to Stand tall as Individuals and Groups to demand our fair share of the riches of this Nation! Yes, the 98% of us who scratch out a living working one, two, or even three part time jobs to have enough money to just live. Veterans with Purple Heart Ribbons pinned to their chests, retirees living on fixed incomes, Handicapped and Indigent Citizens being systematically left behind financially by the Great Capitalist Machine that heaps great rewards on the 1% or 2% who claim they are the only ones who work hard enough to deserve to be rewarded with more than a peons wage.

My dream is to make These United States of America the country our Nations Creators dreamed it would be!

We will enforce the Ten Commandments of the U.S.A. otherwise known as **The Bill of Rights**, and as our **God Given Rights**. Properly read and interpreted the original Constitution is quite concise in meaning and intention of what the Framers wanted for themselves and future generations.

We will listen to the wisdom of the Indigenous Peoples of America and become best friends and responsible stewards to our environment. God provided us with a beautiful Planet complete with an UN-Godly number of Animals and Plants to share it with. We have air, water, land, and minerals to feed us and enrich our lives. We have the most amazing, intelligent brain that developed what God provided to accomplish an astonishing array of embellishments to our lives.

We recognize that in drawing the conclusions represented by the Preamble to the Bill of Rights and by enacting the Constitution of the United States of America, that we must extend to all other Peoples and Nations that they also have similar rights. No man is an island, and no Nation is the ruler of People or Nations outside of their borders.

Mark Rawlins

# LOGIC 101 : FREEDOM AND LIBERTY

## WE WILL BE KNOWN FOREVER BY THE TRACKS WE LEAVE
### (Native American Proverb: Dakota Tribe)

Why am I writing this? Because at 74 years of age I am still learning more about what a fabulous, important, and true document the CONSTITUTION OF THE UNITED STATES OF AMERICA is!

Hate, Anger Fear and Apathy are a forms of temporary mental incapacitation. They blind the person, making rational judgments difficult if not impossible. They cause tunnel vision obscuring facts that would normally be quite obvious to most people. Therefore:

Before you read this take a few minutes and take stock of your personal state of mind. There is so much anger, fear and hate running rampant in our society today! We have made up our minds about what  we believe and "Just dare someone to try to change our minds" or inject their version of "The Truth" into the conversation. Please clear your mind and open up to some possibly new information.

Please know that I am more politically Independent than associated with either Democratic or Republican parties. In fact I firmly believe we need to scrap the two party system and go to a multiple party system. I believe the Oligarchy which controls the Candidates and thus the Election and thus the Government, control both parties. Because of the two party system. I believe the two party system was generated by this "Oligarchy" specifically for the purpose of controlling the population! They are playing good cop - bad cop with the voters. The age old ploy of Divide and Conquer!

A friend of mine told me something that is so very true! He said when it comes to negotiating a settlement involving strongly held beliefs, the one who is most willing to be unreasonable wins! Think about it! Have you seen this tactic used by our elected officials in the past 15, 30, 50 years?

My son accuses me of having all these conspiracy theories. I say "If I am being conspired against, it's not just theory!".

Anger, Hate, Fear and Misinformation are the most often used tools when someone wants to impose their will on another person or group of people. To generate these emotions they use lies, misdirection, and misinformation. When I think about these things, two people jump to the front of my mind! Carl Rove and Rush Limbaugh. Carl Rove and Rush Limbaugh have based their careers on these tactics and they have been very successful with them. If this paragraph has made you angry, I urge you to push your anger aside and continue reading.

MIND CONTROL.  Anger, Hate and Fear. How do you get someone on your side? Make them feel like a victim. Provide a solution. Everyone wants to be on the winning side, be their friend.

Why am I writing this? Because at 74 years of age I am still learning more about what a fabulous, important, and true document the CONSTITUTION OF THE UNITED STATES OF AMERICA is! And! There exist groups of very selfish, self absorbed, power hungry  people who are fighting tooth and nail for control of something loosely referred to as "The New World Order".

Using NAFTA and similar National border erasing policies along with destabilizing national and international financial fabrics they are positioning themselves to "lead" the world  into the New World of  "The New World Order"! I, do not like the way things are going!

This same group have even proposed we change the Constitution ! I say the norms of morality do not change significantly for either society or business over even large blocks of time! The United States Constitution as it was written is the most perfect governing document ever written. There is absolutely no reason to change it.!!

I was recently introduced to the idea (fact!?) that when our nation was founded, there were

European, particularly English, Secret Societies that migrated to the new world along with the people. And! Even though the Founders wrote both "Freedom **of** Religion", for the population, and, "Freedom **from** Religion", for the Government, into the Constitution, in reality these religiously based secret societies have been controlling the major aspects of OUR NATION for 200 + years! I believe the largest and most powerful (influential) of these are the Masons. There are also the International Order Of Foresters, Knights of Columbus, Elks, Moose, and others.

Please reference the *"ALL SEEING EYE"* the dollar bill.

When John Kennedy ran for president there were predictions that the Pope would be running our government. That did not happen! What has come to light is the fact that the Supreme Court and the the Office of President had been filled with practically nothing but Protestants until John Kennedy's presidency. Since then the Supreme Court has become, religiously, truly integrated. But! Both President John Kennedy and his Brother and candidate for president, Robert Kennedy, were Assassinated!!

Quite some several years ago I was listening to an AM radio talk show, "Coast to Coast AM", started by Art Bell and then when he retired George Noory took over. A listener clued George onto a international group of very rich and powerful men that were meeting at the Bildeberg Hotel in the Netherlands at least once each year. At this meeting they reportedly were talking about the "One World Order" or "New World Order", and how to institute it. George said he had some push back about his efforts to identify the people involved and their program. But He said "Don't worry folks, I will keep on this as long as it takes, we WILL get to the bottom of this!" (approximate quote). I believe he was given "The Word" because that was the last time I ever heard him talk about it.

So! Why $100 Trillion dollars? Because in the documents attached I prove beyond ALL doubt that the problems we face today are the product of a very long term plan by the "Oligarchy" I talked about earlier. Led by Republican power brokers and lobbyists, Congress effectively eliminated all financial safeguards put in place after the Great Depression. Those safeguards served our nation very well through the 1940's, 1950's, 1960's, and 1970's.

So! Why $100 Trillion dollars? Because that is an extremely cautious estimate of the amount of money the Oligarchy (Wall Street and the Business community) have stolen from this Nation and its People!

Also, I Love The United States of America and The Constitution as they were founded by our very wise, freedom loving forefathers.

Mark R. Rawlins

Ladies and Gentlemen, Voters and Non-Voters:

Imagine three circles. One circle is labeled "General Population". One is labeled "Business Community". The last is labeled "All levels of Government". We each belong to and participate in each of these entities to one degree or another. Money flows between each of these entities as purchases, taxes, public works, investments, loans and many other ways. Society works best when everyone is working, spending, saving, voting, getting medical attention and living life comfortably and happily.

When one group of people hoard money and power, as is the case in America today, nothing works correctly.

I want to be very clear about this next statement! It is very simple :

The Business Community pays the **TOTAL BILL** for anything and everything that is paid for in this country!!

THE ONLY GROUP  THAT PRODUCES ANY MONEY IS THE BUSINESS COMMUNITY!! A STRONG, THRIVING, MORALLY BALLANCED BUSINESS COMMUNITY IS THE FIRST REQUIREMENT OF A STRONG NATION!

The only part of the business community that **truly** produces money are, mining, petroleum production, electrical generation, forestry, fishing, farming, ranching, ETC.. Natural resources, that are processed and/or manufactured into sale-able goods. Recycled materials could also be defined as "natural resources".

The Business Community pays all taxes, all health care, all wages, everything!, etc, etc! "Wait a dang minute!"You say!? : "I pay **taxes**!". Yes : But your WAGES come from the Business Community!! No wages = no taxes paid!

Be it known far and wide! Taxes are a necessary evil! Also please recognize that virtually every dollar collected in taxes comes back to the people and is spread throughout society. Many businessmen have become very rich, and provided good jobs for hourly workers from Government Contracts, doing things the private sector generally has no interest in.

A note about healthcare : We have three Government Healthcare programs active today. One of which was implemented by a Republican controlled Congress. The Child Healthcare Act was passed during Bill Clinton's Presidency when they kicked welfare abusers off Medicare, Medicaid and other  welfare programs.  The Child Healthcare system has been running very well as a bipartisan program ever since. It would not take that much to expand and integrate the three systems into a comprehensive Healthcare system for everyone.

Virtually every negative financial occurrence that has happened to our beloved United States of America in the last Fourty years can be traced to policies of the Republican Party! The Republican rant about democrats using taxation for wealth redistribution is so disingenuous that it is laughable! That is exactly what they have been doing for fourty plus years!!! Only in reverse of what needs to happen now!

The Golden Years of our democracy were generated with high taxes. From 1934

to 1974 this nation recovered from the "Great depression, fought WW2, recovered from the war, built the interstate highway system, sent several men to the moon, built a thriving healthy middle class, helped Japan, Germany and much of Europe recover from the war, developed a great healthcare system and much much more! That healthcare system is no more!

I hear a constant rant from Republicans and Conservative talk shows about how bad our government is! The problem, and everyone knows, it is **not** the Government!! The problem is with Wall Street, international businesses, and the powerful lobbies that represent them!!

The Problem is with the Oligarchy that control both Houses of Congress, certain Supreme Court Justices, the Federal Attorney General, many other Federal Judges, many Governors, State Congress members, maybe even the President, and both Political Parties!

The big question then becomes "Who are the Oligarchy?! I think you can answer this yourself! Look around our Country, your State, your Community. Who is doing a lot better than anyone else? Bankers, Stockbrokers, large Corporation CEOs, CFOs, etc., and White upper income Christians.

I firmly believe that the American and European secret societies are the Controllers! The Oligarchy! Someone needs to clue Hillary Clinton in on the fact that until She and other Ladies can join these secret societies on a truly equal footing with men there will always be that illusive "glass ceiling" She says they are going to break. The Freemasons and other secret societies take care of their own first and foremost. Nepotism may well be first on their list of secret of life binding promises the Members have to pledge to. Add to this mix organized crime and drug cartels and their influence in both Government and the business community and We "The People" have a real mess on our hands!

Our Country, Our Constitution, We the People, are in trouble! Where did we go wrong? How have we let the State of Our Union come to this point?

The reasons are many and complicated! I am sure I don't have all the answers, and, I'm sure this list is at least but a modest starting point.

Voter apathy is far and away the winner! How easy it is to let entertainment trump listening to some political gobble-d-gook! This however, is an incomplete explanation of the problem.

I believe there are *reasons* generated by the "Power Brokers" in our Beautiful Country! These are very intelligent, educated, driven, type-A people who have an agenda and will stop at nothing to achieve their goals! Examples you want? How about eight years of republican very special prosecutor Mr. Ken Starr  harassing President Clinton, how about Dick Cheney and Karl Rove inviting 20 to 30 million illegals into our country, or 300,000 per month businesses leaving America for foreign destinations irrespective of the damage they knew it would do to the US-of-A? There are more examples!

How to control an elector-it? Provide distractions! Look at the many types of entertainment, TV, Radio, internet, cell phones, movies, live stage theaters, dining out, sports, Religious activities, ETC.!

One way this happens is through movie scripts. When the public gets riled up about something they make a movie, movies or TV show about the subject. Two things seem to happen depending on the movie and subject, After watching, the public feels more informed, and/or the subject seems more like a fantasy. Another effect that they go after is to make the public feel that what they are pushing is inevitable, that there is no use to rebel. Familiarity breeds contentment.

There are job related stresses. The attack on unions and the hourly worker has been relentless. Wages have been stagnant or dropping for thirty or fourty years. Many Citizens have lost jobs and if successful getting a new job had to take a pay cut. When you are worried about where your next meal is going to come from it is hard to find the time and energy to be politically active.

News sources are controlled. CNN, Fox News, major news papers, radio stations are owned and tightly controlled by multinational companies. Notice the lack of truly news-worthy content out there on the air and in print. I hate to admit it but when I want to listen to some real news I tune-in Al jazeera America on my cable channel or listen to NPR (National Public Radio, not perfect but better than privately owned outlets). The BBC also provides a different outlook.

Another element that plays into their hand is that everyone wants to be on the winning side, be part of the in-crowd. Being "unpopular" is one of the great fears we live with from kindergarten till we die. It is very difficult to fight "the bully", whatever shape he/she comes in.

Republicans complain that Government workers are being paid as much as 40% more than private workers doing similar work. This is true! History lesson! In the 1950s and 1960s when Unions were strong private wages were rising fairly fast. Non-union Government wages were left in the dust. Government workers rallied and unionized and got their pay to somewhat parity with private workers. Then Richard Nixon, Ronald Reagan, Bill Clinton, and George W. Bush happened! Republican policies pushed unions out and wages for private jobs lower and lower, but Government workers still enjoyed union benefits and rising wages!

So! What that 40% really represents is what the private hourly paid worker has lost in wages in the last 40+ years!!! Their losses are even greater than that! They have lost Health Care, vacation, company sponsored retirement plans. Private hourly paid worker is paying a larger % of their income for housing, and continue to lose to inflation.

Along with these "lofty" goals the Oligarchy decided to kill the Communications Act of 1934 and AT&T, modify the Banking, Stock Trading, and Financial Laws, Rules, Regulations, Terms, and Definitions that were put in place after "The Great Depression" and Deregulate almost everything. Deregulating the airlines put old established airlines into bankruptcy because "Profit raiders" sold tickets at a loss, like a $99.00 ticket from

LA to New york.

They modified the Public Service Bill that regulated home heating and electricity, They changed it from non profit to for profit costing American citizens billions in bloated electrical and home heating  fees so a bunch of CEO's could collect multimillion dollar salaries and put those same CEOs in control of Electrical generation, Natural Gas and Petroleum production and exploration. In privatizing petroleum and natural gas production and raising prices to consumers they now made enough money they didn't have to go out on the market for financing for new wells to drill. All that money stays "in house"!

They changed import/export laws,definitions and policies and tax codes (including Free Trade Agreements) that not only allow but encourage American businesses to move all or part of their operations out of the U.S.A..

They Passed laws and made Policies that encourage the exploitation and exportation of America's Natural Resources.

Under the George W. Bush, Dick Cheney, Karl Rove Presidency they didn't just allow some + or – 30 Million illegals to invade our country, they both invited and actively recruited and imported illegals, mostly, from Mexico, South America and Africa. When those illegals replaced American workers, who were paying taxes, the illegals wages were below the tax code minimums to pay taxes, which equals more of the Tax base lost and Millions of Americans on unemployment and welfare.

The  Dick Cheney,  Karl Rove team invaded the White House in no less manner than George Bush invaded Iraq.

This team led the charge to provide HUGE Tax cuts for the richest of the rich, immediately taking this country from a relatively balanced budget to having to borrow heavily from the same people they just gave those overly generous tax cuts to, and running HUGE DEFICITS on the National Debt!

When Barack Obama won the Presidential Election in 2008, Republican owned or controlled businesses packed up and left  the country in droves! Starting in October and going through February 2009 was the greatest period of movement. Approximately 300,000 businesses per month moved to Mexico,China, etc. during this time period. This traitorous act was no accident. They had to have planned this move up to a year or more in advance. Again millions of Tax paying American Citizens forced into unemployment and on to welfare.

Then Republican Congress members signed two pacts. (One): The no  new taxes pact. (Two): They would do everything possible to make sure Obama would be a one term President! Are these actions of Patriots or Traitors?! These tactics are neither democratic nor republic in nature. These tactics deny the Electorate of their civil rights, and honest representation by their elected officials. Republicans worked very hard to fulfill these pacts! Republicans, the Business Community and Conservative talk shows continue to harass Obama and the Nation with their anti Obama and anti recovery tactics to this day.

They are an Oligarchy of selfish, bullying, anti American thugs. The Republican

Party is neither democratic nor republic in the way the power structure is set up. The American public are being misrepresented by the Republican Party in that Republican elected office holders, who are supposed to represent the people who voted for them, cannot because the Republican Party controls them to such an extent that the members of Congress and even the President cannot accurately represent the voting Public.

Both Democrats and Republicans seem to be abandoning primaries for picking Presidential and Congressional candidates. Why? Maybe, because the caucus system allows them to more closely manage which candidates are selected?

It is my sincere belief that the Oligarchy created the two party system and are playing good-cop-bad-cop with the American Public. Vote Democratic and they destroy the second Amendment, Vote Republican and get to be poor the rest of your life!

Please! Nothing in this dissertation should be construed that I am happy with the Democratic Party! Their rabid, unrelenting attacks on the Second Amendment are Un-American and absolutely unconstitutional!

I absolutely support a strong, vibrant, healthy business community! The Republican Party is broken! The Democratic Party is broken! The two party system is an abject failure!

"We-The-People" need a strong, unified Independent Party. Maybe restricting membership to those making $100,000.00 or less per year? The Tea Party started out as a grassroots campaign but was quickly hijacked by wealthy Christians with a totally different agenda.

My Plan I believe to be a good solid well balanced solution. It is basically the system that was in place during the Golden Years of America. There is a lot of work to do to put My Plan into action. It will be worth the work and sacrifice when fully implemented!

Mark Rawlins

**Note:** Nothing in any of my writings should be taken as an endorsement of the Democratic Party. Democrats dedication to repealing the Second Amendment are the devils work. Do not believe their claims of "reasonable" modifications. Their plan is to snip a bit here and take a bite there until it is all gone! Traitors are very secretive and devious.

The Bill of Rights are defined as "God Given Rights" and as such are not open to modification or reinterpretation.

Mark Rawlins